UNITED STATES DISTRICT COURT       CV-25-00599-TUC-JCH

DISTRICT OF ARIZONA

Tucson Division

Trista Tramposch di Genova, Independent Presidential Candidate 2028,

Plaintiff,

v.

Donald J. Trump, in his individual and official capacity as President of the United States,

and

Members of the 118th U.S. Congress who voted to overturn the 2020 election results,

Defendants.

Case No. _____

EMERGENCY COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

(including Motion for Temporary Restraining Order)

---

I. INTRODUCTION & NATURE OF THE ACTION

1. This is an emergency action under 28 U.S.C. §§ 2201–2202, the Constitution, and related law to halt and declare unconstitutional ongoing conduct by the President and certain members of Congress.

2. Plaintiff challenges (a) Donald J. Trump's continued exercise of presidential authority while constitutionally disqualified under Section 3 of the Fourteenth Amendment, and (b) the participation of over 200 Congressional Republicans who, without actual evidence of fraud, voted to overturn the 2020 presidential election, thereby giving aid and comfort to insurrection and violating their constitutional oaths.

3. Plaintiff also seeks a temporary restraining order to immediately prevent further unconstitutional executive actions pending resolution of this dispute.

4. Plaintiff further contends she is irreparably harmed by having to compete in an election against a candidate who is constitutionally disqualified, placing her at an unfair disadvantage and undermining the integrity of the electoral process.

5. Meanwhile, the Defendant President's policies continue daily to inflict widespread suffering, distracting public focus from accountability for his alleged wrongdoing. These ongoing harms amplify urgency for relief.

6. Plaintiff notes that Defendant Trump has been held civilly liable in New York courts for business fraud and discrimination, and has been adjudicated a wrongdoer in civil contexts — further undermining his fitness for office.

7. In State of New Mexico ex rel. White v. Couy Griffin, No. D-101-CV-2022-00473 (N.M. Dist. Ct. Sept. 6, 2022), the court removed a county commissioner for his participation in the January 6 attack on the Capitol, holding that Section 3 of the Fourteenth Amendment is "self-executing and enforceable by the courts" and that those who engaged in or gave aid or comfort to an insurrection are automatically disqualified from office. This binding interpretation applies equally to Donald J. Trump and members of Congress who aided or abetted the insurrection by voting to overturn the 2020 election.

II. JURISDICTION & VENUE

7. Jurisdiction arises under 28 U.S.C. § 1331 (federal question) and this Court's authority to issue declaratory and injunctive relief under 28 U.S.C. §§ 2201–2202.

8. Venue is proper under 28 U.S.C. § 1391(e), as Plaintiff resides in Arizona, and the effects and legal controversies extend nationwide.

9. Plaintiff seeks to proceed in forma pauperis because she lacks funds to pay costs and attorney's fees, and the interests of justice counsel granting IFP status.

10. Plaintiff requests the Court to direct the U.S. Marshals Service to effect service of process on all named Defendants.

---

III. PARTIES

11. Plaintiff: Trista Tramposch di Genova, Independent Presidential Candidate for 2028, and a registered U.S. voter, bringing these claims on her own behalf and on behalf of all similarly situated voters.

12. Defendant: Donald J. Trump, individually and in his capacity as President of the United States, whose conduct and alleged constitutional disqualification is subject to this action.

13. Defendants: Members of the 118th U.S. Congress (Senate and House) who cast objections to the certified 2020 Electoral College vote without credible evidence, thereby assisting insurrection in contravention of their oaths (listed in Appendix A).

## IV. FACTUAL ALLEGATIONS

14. On January 6, 2021, the Defendant President and allies encouraged and incited a mob to obstruct Congress's lawful certification of the 2020 electoral votes.

15. In Anderson v. Griswold, the Colorado Supreme Court held that Trump's actions constituted insurrection under Section 3 of the Fourteenth Amendment.

16. In Trump v. Anderson, 601 U.S. ___ (2024), the U.S. Supreme Court held that states may not independently enforce Section 3 for federal offices, reserving that power to Congress — but it did not bar federal judicial enforcement in appropriate cases.

17. Separately, in State of New Mexico ex rel. White v. Couy Griffin, the court found that Section 3 "remains an operative and self-executing provision of the Constitution," and removed Griffin from office for his involvement in the January 6 insurrection. This case demonstrates that courts have authority to enforce disqualification without further congressional action.

18. Plaintiff therefore asserts that federal courts possess jurisdiction and obligation to enforce Section 3 when Congress fails to do so, especially against federal officers who aided an insurrection by attempting to overturn a lawful election.

19. The Colorado Supreme Court, in Anderson v. Griswold, held that Trump's actions constituted insurrection, disqualifying him under Section 3 of the 14th Amendment.

20. The U.S. Supreme Court later in Trump v. Anderson held that states may not enforce Section 3 to disqualify federal candidates — reserving enforcement power to Congress.

21. Thus the thrust of this Complaint is that federal judicial relief is necessary to enforce disqualification under Section 3 when Congress fails to act.

22. Over 200 members of Congress voted knowingly to reject the certified 2020 election results in the absence of any credible fraud evidence. This conduct constituted aid and comfort to insurrection, violated their oath to support the Constitution, and breached their constitutional duties.

23. Plaintiff is forced to run in an environment tainted by a candidate allegedly unlawfully occupying the highest office, undermining fairness and legitimacy of the competition,  and integrity of the entire electoral system.

24. The Defendant President's administration continues to enact policies (immigration enforcement, military deployment, paramilitary transfers, executive orders) that impose daily harm, consume public attention, and shield him from accountability.

25. Public records show Defendant Trump was held civilly liable in New York courts for business misconduct and discrimination claims. These judicial findings further attest to his unfitness for public office.

26. Unless this Court intervenes, Defendants will continue to violate constitutional order, inflict harm, degrade the integrity of elections and undermine and destroy our democratic institutions.

---

## V. CLAIMS FOR RELIEF

Count I — Violation of the 14th Amendment, Section 3 (Insurrection Clause)

27. Defendants engaged in, aided, or gave comfort to insurrection and are constitutionally disqualified from holding federal office under Section 3 of the Fourteenth Amendment.

Count II — Violation of the Fifth and Fourteenth Amendments (Due Process & Equal Protection)

28. Plaintiff and the electorate are deprived of equal protection and due process by being forced to compete against a constitutionally disqualified candidate, and by governmental actions that circumvent the rule of law and lawful elections.

Count III — Unjust Enrichment / Public Corruption / Election Interference

29. Defendants accepted unlawful contributions, interfered with electoral processes, and corrupted federal governance in violation of principles of good government and public trust.

Count IV — Violation of International and Human Rights Norms

30. Defendants' use of militarized force, extraordinary rendition, detention, and denial of due process implicates obligations under treaties and international law.

---

## VI. PRAYER FOR RELIEF

Plaintiff respectfully requests this Court to:

A. Declare that Donald J. Trump is disqualified from holding office under Section 3 of the Fourteenth Amendment.

B. Declare that the members of Congress listed in Appendix A are likewise disqualified.

C. Declare the 2024 federal election results void pending lawful restoration and investigation.

D. Enjoin Defendant Trump from issuing further executive actions, orders, or appointments pending resolution of this matter.

E. Grant a temporary restraining order, and subsequently a preliminary injunction, barring further unconstitutional acts by the President.

F. Order U.S. Marshals to serve process on Defendants.

G. Refer factual findings to Congress, the Department of Justice, and international bodies (UN Human Rights Council, ICC).

H. Award all further relief the Court deems just and proper.

---

TABLE OF AUTHORITIES

Constitutional Provisions

U.S. Const. amend. XIV, § 3 (Insurrection Clause)

U.S. Const. art. I, § 5 (Congressional authority)

U.S. Const. art. VI (Supremacy Clause)

U.S. Const. amend. V, XIV (Due Process & Equal Protection)

Statutes & Rules

28 U.S.C. § 1331

28 U.S.C. §§ 2201–2202

28 U.S.C. § 1391(e)

Fed. R. Civ. P. 65 (Injunctions)

Fed. R. Civ. P. 4(c)(3) (Service by U.S. Marshals)

Key Cases & Authorities

Trump v. Anderson, 601 U.S. ___ (2024) (per curiam) — states cannot bar federal candidates under Section 3; Congress retains enforcement power.

Anderson v. Griswold, Colorado Supreme Court (2023) — found Trump engaged in insurrection under Section 3.

State of New Mexico ex rel. White v. Couy Griffin, No. D-101-CV-2022-00473 (N.M. Dist. Ct. Sept. 6, 2022) — removed a county commissioner for participating in the January 6 insurrection; held Section 3 self-executing and enforceable by courts.

Law review commentary on Section 3 enforcement and judicial duty to uphold constitutional disqualification.

---

[PROPOSED ORDER]

5

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

TUCSON DIVISION

Trista Tramposch di Genova,

Independent Presidential Candidate 2028,

Plaintiff,

v.

Donald J. Trump, in his individual and official capacity as President of the United States,

and Members of the 118th U.S. Congress who voted to overturn the 2020 election results,

Defendants.

Case No. _____

---

[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER AND RELATED RELIEF

Upon consideration of Plaintiff Trista Tramposch di Genova's Emergency Complaint for Declaratory and Injunctive Relief and Motion for Temporary Restraining Order (TRO), the Court finds as follows:

1. Plaintiff has demonstrated a likelihood of success on the merits that Defendant Donald J. Trump and certain members of Congress are constitutionally disqualified under Section 3 of the Fourteenth Amendment for engaging in or giving aid and comfort to an insurrection.

2. In State of New Mexico ex rel. White v. Couy Griffin, No. D-101-CV-2022-00473 (N.M. Dist. Ct. Sept. 6, 2022), a public official was removed from office for his role in the January 6, 2021, attack on the U.S. Capitol, establishing that Section 3 of the Fourteenth Amendment is self-executing and enforceable by the courts.

3. Plaintiff has shown that, absent immediate relief, she will suffer irreparable harm by being forced to compete in a presidential election against a constitutionally disqualified candidate, thereby undermining the integrity of the electoral process.

4. The balance of equities and the public interest favor enforcement of the Constitution and preservation of the rule of law.

Accordingly, it is hereby ORDERED that:

A. Defendant Donald J. Trump is temporarily enjoined from exercising the powers or duties of the office of President of the United States pending final adjudication of this matter.

B. Members of the 118th Congress listed in Appendix A who voted to overturn the certified 2020 election results are temporarily enjoined from participating in any future electoral certification or related proceedings pending further order of this Court.

C. The Court declares that Section 3 of the Fourteenth Amendment is self-executing and judicially enforceable, consistent with White v. Griffin and Anderson v. Griswold.

D. The United States Marshals Service is directed to serve copies of the Complaint, Motion for TRO, and this Order upon all named Defendants at the addresses provided by Plaintiff.

E. This TRO shall remain in effect for fourteen (14) days from issuance or until further order of the Court.

SO ORDERED.

Dated: _____

Tucson, Arizona

---

UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE (If Required)

I certify that on this date, I submitted the foregoing Emergency Complaint for Declaratory and Injunctive Relief and Proposed Order to the Clerk of the United States District Court for the District of Arizona for filing.

Pursuant to 28 U.S.C. § 1915 and Fed. R. Civ. P. 4(c)(3), Plaintiff requests that the U.S. Marshals Service serve copies of the summons and complaint on all Defendants at no cost to Plaintiff.

Executed this ____ day of October, 2025.

Signature:

Trista Tramposch di Genova

Independent Presidential Candidate 2028

Plaintiff Pro Se

5715 S Anton place Tucson Arizona 85757

Telephone 520-783-9074

7

presidenttrista@gmail.com

APPENDIX A — Congressional Defendants    CV-25-00599-TUC-JCH

The following Members of Congress are named as Defendants because they cast objections to the 2020 electoral certification (as recorded in the Congressional Record and the House and Senate roll call records for January 6–7, 2021). (Where applicable I show party and state for convenience.)

United States Senate (YEAs — official roll call)

1. Ted Cruz (R-TX).

2. Josh Hawley (R-MO).

3. Cindy Hyde-Smith (R-MS).

4. John Kennedy (R-LA).

5. Roger Marshall (R-KS).

6. Tommy Tuberville (R-AL).

---

United States House of Representatives (Members who voted to sustain one or more objections)

(The House roll calls are the official lists — below are the Representatives reported in contemporaneous compilations and reflected in the House roll-call records; list is shown alphabetically by last name for readability.)

1. Robert Aderholt (R-AL).

2. Rick Allen (R-GA).

3. Jodey Arrington (R-TX).

4. Brian Babin (R-TX).

5. Jim Baird (R-IN).

6. Jim Banks (R-IN).

7. Cliff Bentz (R-OR).

1

8. Jack Bergman (R-MI).

9. Stephanie Bice (R-OK).

10. Andy Biggs (R-AZ).

11. Dan Bishop (R-NC).

12. Lauren Boebert (R-CO).

13. Mike Bost (R-IL).

14. Mo Brooks (R-AL).

15. Ted Budd (R-NC).

16. Tim Burchett (R-TN).

17. Michael Burgess (R-TX).

18. Ken Calvert (R-CA).

19. Kat Cammack (R-FL).

20. Jerry Carl (R-AL).

21. Earl Carter (R-GA).

22. John Carter (R-TX).

23. Madison Cawthorn (R-NC).

24. Steve Chabot (R-OH).

25. Ben Cline (R-VA).

26. Michael Cloud (R-TX).

27. Andrew Clyde (R-GA).

28. Tom Cole (R-OK).

29. Rick Crawford (R-AR).

30. Warren Davidson (R-OH).

31. Scott DesJarlais (R-TN).

32. Mario Diaz-Balart (R-FL).

33. Byron Donalds (R-FL).

34. Jeff Duncan (R-SC).

35. Neal Dunn (R-FL).

36. Ron Estes (R-KS).

37. Pat Fallon (R-TX).

38. Michelle Fischbach (R-MN).

39. Scott Fitzgerald (R-WI).

40. Chuck Fleischmann (R-TN).

41. Virginia Foxx (R-NC).

42. C. Scott Franklin (R-FL).

43. Russ Fulcher (R-ID).

44. Matt Gaetz (R-FL).

45. Mike Garcia (R-CA).

46. Bob Gibbs (R-OH).

47. Carlos Gimenez (R-FL).

48. Louie Gohmert (R-TX).

49. Bob Good (R-VA).

50. Lance Gooden (R-TX).

51. Paul Gosar (R-AZ).

52. Sam Graves (R-MO).

53. Mark Green (R-TN).

54. Marjorie Taylor Greene (R-GA).

55. Morgan Griffith (R-VA).

56. Michael Guest (R-MS).

57. Jim Hagedorn (R-MN).

58. Andy Harris (R-MD).

59. Diana Harshbarger (R-TN).

60. Vicky Hartzler (R-MO).

61. Kevin Hern (R-OK).

62. Yvette Herrell (R-NM).

63. Jody Hice (R-GA).

64. Clay Higgins (R-LA).

65. Richard Hudson (R-NC).

66. Darrell Issa (R-CA).

67. Ronny Jackson (R-TX).

68. Chris Jacobs (R-NY).

69. Mike Johnson (R-LA).

70. Bill Johnson (R-OH).

71. Jim Jordan (R-OH).

72. John Joyce (R-PA).

73. Fred Keller (R-PA).

74. Trent Kelly (R-MS).

75. Mike Kelly (R-PA).

76. David Kustoff (R-TN).

77. Doug LaMalfa (R-CA).

78. Doug Lamborn (R-CO).

79. Jake LaTurner (R-KS).

80. Debbie Lesko (R-AZ).

81. Billy Long (R-MO).

82. Barry Loudermilk (R-GA).

83. Frank Lucas (R-OK).

84. Blaine Luetkemeyer (R-MO).

85. Nicole Malliotakis (R-NY).

86. Tracey Mann (R-KS).

87. Brian Mast (R-FL).

88. Kevin McCarthy (R-CA).

89. Lisa McClain (R-MI).

90. Daniel Meuser (R-PA).

91. Mary Miller (R-IL).

92. Carol Miller (R-WV).

93. Alexander Mooney (R-WV).

94. Barry Moore (R-AL).

95. Markwayne Mullin (R-OK).

96. Greg Murphy (R-NC).

97. Troy Nehls (R-TX).

98. Ralph Norman (R-SC).

99. Devin Nunes (R-CA).

100. Jay Obernolte (R-CA).

101. Burgess Owens (R-UT).

102. Steven Palazzo (R-MS).

103. Gary Palmer (R-AL).

104. Greg Pence (R-IN).

105. Scott Perry (R-PA).

106. August Pfluger (R-TX).

107. Bill Posey (R-FL).

108. Guy Reschenthaler (R-PA).

109. Tom Rice (R-SC).

110. Mike Rogers (R-AL).

111. Harold Rogers (R-KY).

112. John Rose (R-TN).

113. Matthew Rosendale, Sr. (R-MT).

114. David Rouzer (R-NC).

115. John Rutherford (R-FL).

116. Steve Scalise (R-LA).

117. David Schweikert (R-AZ).

118. Pete Sessions (R-TX).

119. Jason Smith (R-MO).

120. Adrian Smith (R-NE).

121. Lloyd Smucker (R-PA).

122. Elise Stefanik (R-NY).

123. W. Gregory Steube (R-FL).

124. Chris Stewart (R-UT).

125. Glenn Thompson (R-PA).

126. Thomas Tiffany (R-WI).

127. William Timmons IV (R-SC).

128. Jefferson Van Drew (R-NJ).

129. Beth Van Duyne (R-TX).

130. Tim Walberg (R-MI).

131. Jackie Walorski (R-IN).

132. Randy Weber, Sr. (R-TX).

133. Daniel Webster (R-FL).

134. Roger Williams (R-TX).

135. Joe Wilson (R-SC).

136. Rob Wittman (R-VA).

137. Ron Wright (R-TX).

138. Lee Zeldin (R-NY).

(The House list above is the set most widely reported and reflected in the House roll calls for the two objections; counts across sources vary slightly depending on whether "voted Yea on at least one objection" or "voted Yea on a specific objection" is used.)

---

Sources / Primary records:

U.S. House Clerk — Roll Call 10 (Jan. 6, 2021) — objection vote (House roll call showing Yea/Nay list). Official pages show member-by-member votes.

U.S. House Clerk — Roll Call 11 (Jan. 7, 2021) — objection vote (House roll call showing Yea/Nay list).

U.S. Senate — Roll Call (Jan. 6/7, 2021) — Senate roll call showing the 6 Senators who voted Yea on objections.

Congressional Record, Jan. 6–7, 2021 (Congress.gov / GPO PDF of CREC for primary transcript).

Contemporaneous compiled listing of objecting lawmakers (media compilation used for cross-check): The Verge (Jan. 7, 2021) — "Here are the 147 members…" (useful for a quick compiled list; cross-check always against the House Clerk roll calls for official vote entries).

---

EXHIBITS (PUBLIC RECORD):

1. House Clerk roll-call pages (Roll Call 10 and Roll Call 11)  (these are the official member-by-member recorded votes).

2. Senate roll call (Senate LIS roll call) showing the six Senators who voted Yea